No. 317, Misc.   KREMER v. CLARKE, TRUSTEE, 362 U. S. 963;

No. 547, Misc.   WILLIS v. UNITED STATES, 362 U. S. 964;

No. 654, Misc.   CERMINARO v. URBAN REDEVELOPMENT AUTHORITY OF PITTSBURGH ET AL., 362 U. S. 457; and

No. 778, Misc.   SPARKS, ALIAS HOWLERY, v. CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, 362 U. S. 967. Petitions for rehearing denied.

No. 130.   NIUKKANEN, ALIAS MACKIE, v. McALEX-ANDER, ACTING DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, 362 U. S. 390. Motion for leave to file petition for rehearing denied.

JUNE 13, 1960.

No. 663.   GINSBURG v. GOURLEY, CHIEF JUDGE, U. S. DISTRICT COURT. The motion to vacate order denying petition for certiorari, 362 U. S. 917, and for leave to amend petition is denied. The motion for production of records is denied. *Paul Ginsburg,* petitioner, *pro se.*

No. 23, Misc.   IN RE DISBARMENT OF ALKER. In view of the pendency of disbarment proceedings in the United States Court of Appeals and the United States District Court, the motion to vacate the order of disbarment (362 U. S. 985) and to reinstate the order of suspension (360 U. S. 908) is held until those matters are determined. *Francis E. Walter* and *William J. Woolston* on the motion.

No. 850, Misc.   ANDERSON v. CALIFORNIA ET AL. Motion for leave to file petition for writ of habeas corpus and other relief denied.